THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL GOLB, Appellant.

Submitted June 23, 2014; decided September 4, 2014

Motion for reargument denied [*see* 23 NY3d 455 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA HANSON, Appellant.

Submitted August 11, 2014; decided September 4, 2014

Motion for leave to file a supplemental brief granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days. Any responsive brief must be served and filed by September 29, 2014.

THE PRESERVE HOMEOWNERS' ASSOCIATION, INC., Acting by and through its Board of Directors, Respondent, v SONNY Z. ZHAN et al., Appellants.

Decided September 4, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of AKHTAR ALI SHEIKH, Appellant, v NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, Respondent.

Submitted June 23, 2014; decided September 4, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 902 (2014)].